AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

CHANGFU CHI

_____
*Petitioner*

v.

SERGIO ALBARRAN, ET AL.

_____
*Respondent*

)
)
)
)
)

Civil Action No.  1:26-cv-00014

**F I L E D**
Clerk
District Court

JUL 30 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Judgment is entered in favor of Petitioner Changfu Chi.

                                                                                                                    .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Ramona V. Manglona _____    on

    Petition for Writ of Habeas Corpus, ECF No. [1]. See Decision and Order Granting Petition for Writ of Habeas
    Corpus, ECF No. [14].                                                                                  .

Date:    07/30/2026 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*